**(September 13, 1939.)**

In the Matter of the Application of NEWMAN LAKE HOUSE, INC., Petitioner, for an Order of Review against HENRY E. BRUCKMAN, Chairman, JOSEPH M. RYAN and Others, Constituting the State Liquor Authority of the State of New York, Respondents. In the Matter of the Application of AGNES L. LEONARD, Doing Business under the Name and Style of RILEY'S LAKE HOUSE, Petitioner, for an Order of Review against HENRY E. BRUCKMAN, Chairman, Mrs. JOHN S. SHEPPARD and Others, Constituting the State Liquor Authority of the State of New York, Respondents.— Motions for stay pending determination of appeals granted, but not to exceed thirty days. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ. [See 258 App. Div. 1081; *Matter of Leonard* v. *Bruckman, post,* p. 1097.]

**(September 25, 1939.)**

SARAH VOLKER, as Administratrix, etc., of EDWARD J. VOLKER, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23883.) Motion for permission to prosecute appeal on typewritten papers granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.